# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PROSPECT DCMH LLC,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civ. No. 24-4678** |
| | : | |
| **XAVIER BECERRA,** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 5th day of September, 2024, it is hereby **ORDERED** that Plaintiffs' Application for Admission Pro Hac Vice of Patric Cooper, Esq. (Doc. No. 2) is **GRANTED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.