IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROSPECT DCMH LLC dba DELAWARE COUNTY MEMORIAL HOSPITAL,<br><br>        Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, Secretary, United States Department of Health and Human Services,<br><br>        Defendant. | Case No.: 2:24-cv-04678 |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, plaintiff Prospect DCMH LLC dba Delaware County Memorial Hospital ("DCMH"), by its attorneys of record, hereby moves this Court to grant summary judgment in its favor, ordering the defendant Secretary of the United States Department of Health and Human Services to set aside the May 21, 2024 and July 1, 2024 determinations of Novitas Solutions that are the subject of this action for the reasons set forth in the accompanying memorandum of points and authorities and supporting papers.

Dated: January 15, 2025

        */s/ Patric Hooper*
Kelly A. Carroll (PA Bar No. 312621)
David Vernon (DC Bar No. 1030537)
(*admitted pro hac vice*)
HOOPER, LUNDY &
BOOKMAN, P.C.
401 9th Street, NW, Suite 550
Washington, D.C. 20004
(202) 580-7712
kcarroll@hooperlundy.com
dvernon@hooperlundy.com

Patric Hooper (CA Bar No. 57343)
(*admitted pro hac vice*)
HOOPER, LUNDY &
BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067-2517
(310) 551-8111
phooper@hooperlundy.com

*Attorneys for Plaintiff*