# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PROSPECT DMCH LLC, DBA,** : <br> **DELAWARE COUNTY** : <br> **MEMORIAL HOSPITAL** : <br>     Plaintiff, : <br> : <br>     v.                         : <br> : <br> **ROBERT F. KENNEDY, JR.,** : <br>     Defendant.           : <br> : | Civ. No. 24-4678 |

## ORDER

Plaintiff Delaware County Memorial Hospital proceeds against the Secretary of Health and Human Services in his official capacity, seeking injunctive and mandamus relief restoring the Hospital's Medicare status and billing privileges.  (Doc. No. 1.)  In moving for summary judgment, however, Plaintiff neglected to mention that it has filed for bankruptcy in the Northern District of Texas.  See In re Prospect DMCH, LLC (Bankr. N.D. Tex.).

**AND NOW**, this 14th day of July, 2025, it is hereby **ORDERED** that the Parties shall each file a brief addressing, inter alia, whether Plaintiff may still pursue this claim after filing for bankruptcy, by no later than **July 21, 2025 at noon**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.